IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA M., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br><br>　　　　Defendant. | Case No. ED CV 18-1363 SVW (MRW) <br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered in favor of Defendant.

DATE: March 26, 2019

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE