IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA M., <br>     Plaintiff, <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br>     Defendant. | Case No. ED CV 18-1363 SVW (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: March 26, 2019

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE